FILED
11/13/2015 10:37:52 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

ACCEPTED
04-15-00670-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/13/2015 4:52:01 PM
KEITH HOTTLE
CLERK

# The Cichowski Law Firm, P.C.

MARK STEPHEN CICHOWSKI*
BOARD CERTIFIED - PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

* OF COUNSEL
DAVIS LAW FIRM

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

11/13/2015 4:52:01 PM

KEITH E. HOTTLE
Clerk

November 13, 2015

Ms. Donna Kay McKinney
Bexar County District Clerk
Paul Elizondo Tower
101 W. Nueva, Suite 217
San Antonio, Texas 78205-3411

Re:     Cause No.2009-CI-17605; *In the Interest of Jean Paul LaCombe, A Child*; 224th Judicial District Court; Bexar County, Texas, and Cause No. 20115-CI-13493, *Berenice C. Diaz vs. James E. Monnig*, 224th Judicial District Court, Bexar County, Texas.

Dear Ms. Mckinney:

On behalf of Berenice C. Diaz, Individually and next friend of Jean Paul LaCombe, I filed a Notice of Appeal in Cause No. 2015-CI-13493, I ask that you please prepare a Clerk's Record containing the following documents and file it with the Fourth Court of Appeals.

## CAUSE NO. 2009-CI-17605

| | Doc. No. | Date | Description |
|---|---|---|---|
| 1. | 00003 | 10/28/2009 | Petition For Enforcement of Child Custody Determination Pursuant to The Hague Convention and the International Child Abduction Remedies Act. |
| 2. | 00101 | 10/10/2011 | Fourth Amended Petition for Enforcement of Child Custody Determination Pursuant to The Hague Convention and The International Child Abduction Remedies Act (ICARA), Request for Permanent Injunction and Request for Additional Relief of Berenice C Diaz. |

10500 HERITAGE BLVD., SUITE 102, SAN ANTONIO, TEXAS 78216 • TELEPHONE: (210) 223.5299  FACSIMILE: (210) 870.1521

| | | | |
|---|---|---|---|
| 3. | 00109 | 11/03/2011 | Original Answer of John A Mead |
| 4. | 00115 | 11/14/2011 | Plea to the Jurisdiction Special Exceptions to Plaintiffs Fourth Amended Enforcement Action and Original Answer Subject to His Special Exceptions and Pleas To The Jurisdiction of James E Monnig |
| 5. | 00141 | 05/30/2012 | Supplement to Counter-Motion to Register Child Custody determination of Berenice C Diaz |
| 6. | 00228 | 05/12/2014 | Judges Docket Notes |
| 7. | 00229 | 05/12/2014 | Hearing /Trial Crt Reporter Ass Mhv Mary H Vargas, 224th District Court |
| 8. | 00255 | 11/19/2014 | First Amended No Evidence and Traditional Motion for Summary Judgment |
| 9. | 00256 | 11/19/2014 | Exhibits |
| 10. | 00262 | 12/17/2014 | Brief Regarding Plntf's M/T Compel Answers to Deposition |
| 11. | 00263 | 12/17/2014 | Motion to Overrule Objections to Deposition Question & Brief In Support |
| 12. | 00264 | 12/17/2014 | Exhibits |
| 13. | 00265 | 12/18/2014 | Affidavit of Steve Cichowski |
| 14. | 00267 | 01/08/2015 | Response Motion to Overrule Defendant, James E. Monnig's Objections to Deposition Questions |
| 15. | 00271 | 01/12/2015 | Supplemental Brief In Support of Motion to Overrule Defendant James E Monning's Objections to Deposition Questions |
| 16. | 00272 | 01/14/2015 | Response to Supplemental Brief Supporting Motion to Overrule Objection to Deposition Questions |
| 17. | 00273 | 01/15/2015 | Judges Docket Notes Judges Ruling |

| | | | |
|---|---|---|---|
| 18. | 00274 | 01/15/2015 | Hearing/Trial Crt Reporter Ass MHV Mary H Vargas, 224th District Court |
| 19. | 00275 | 01/15/2015 | Judges Docket Notes |
| 20. | 00277 | 02/10/2015 | Motion for Summary Judgment (No Evidence and Traditional) |
| 21. | 00278 | 02/10/2015 | Exhibits A-B to No-Evidence and Traditional Motion for Summary Judgment by John A Mead |
| 22. | 00279 | 02/10/2015 | Exhibits M-N No-Evidence and traditional Motion fir Summary Judgment by John A. Mead |
| 23. | 00280 | 02/10/2015 | Motion for Summary Judgment (Exhibits C-G to) No-Evidence and Traditional |
| 24. | 00281 | 02/10/2015 | Exhibits O Part 1 to No-Evidence and Traditional Motion for Summary Judgment by John A Mead |
| 25. | 00282 | 02/10/2015 | Exhibits O Part 2 to No-Evidence and Traditional Motion for Summary Judgment by John A Mead |
| 26. | 00283 | 02/10/201 | Exhibits H-L to No-Evidence and Traditional Motion for Summary Judgment |
| 27. | 00286 | 02/16/2015 | Amended Petition (Eighth)-For Enforcement of Child Custody Determination Pursuant to The Hague Convention and The International Child Abduction Remedies Act (ICARA), Request for Permanent Injunction, and Request for Additional Relief |
| 28. | 00292 | 03/04/2015 | Amended Answer of John A Mead |
| 29. | 00295 | 03/10/2015 | First Supplemental to His First Amended No Evidence and Traditional Motion for Summary Judgment of James Monnig |
| 30. | 00305 | 03/19/2015 | Judges Docket Notes |

| 31. | 00320 | 05/11/2015 | Response in Opposition to Defs' Motions For Summary Judgment and Objections to Evidence in Support Thereof |
|-----|-------|------------|---|
| 32. | 00321 | 05/11/2015 | Exhibits 1 (Part 1 of 5) |
| 33. | 00322 | 05/11/2015 | Exhibits 2 (Part 2 of 5) |
| 34. | 00323 | 05/11/2015 | Exhibits 1 (Part 3 of 5) |
| 35. | 00324 | 05/11/2015 | Exhibits 1 (Part 4 of 5) |
| 36. | 00325 | 05/11/2015 | Exhibits 1 (Part 5 of 5) |
| 37. | 00326 | 05/11/2015 | Exhibits 2 (Part 1 of 4) |
| 38. | 00327 | 05/11/2015 | Exhibits 2 (Part 2 of 4) |
| 39. | 00328 | 05/11/2015 | Exhibits 2 (Part 3 of 4) |
| 40. | 00329 | 05/11/2015 | Exhibits 2 (Part 4 of 4) |
| 41. | 00330 | 05/11/2015 | Exhibits 3 (Part 1 of 2) |
| 42. | 00331 | 05/11/2015 | Exhibits 3 (Part 2 of 2) |
| 43. | 00332 | 05/11/2015 | Exhibits 4 |
| 44. | 00333 | 05/11/2015 | Exhibits 5 |
| 45. | 00334 | 05/11/2015 | Exhibits 6 |
| 44. | 00335 | 05/11/2015 | Exhibits 7 |
| 45. | 00336 | 05/11/2015 | Exhibits 8 |
| 46. | 00337 | 05/11/2015 | Exhibits 9 |
| 47. | 00338 | 05/11/2015 | Exhibits 10 |
| 48. | 00339 | 05/11/2015 | Exhibits 11 |
| 49. | 00340 | 05/11/2015 | Exhibits 12 |
| 50. | 00341 | 05/11/2015 | Exhibits 13 |

| 51. | 00342 | 05/11/2015 | Exhibits 14 |
|---|---|---|---|
| 52. | 00343 | 05/11/2015 | Exhibits 15 |
| 53. | 00344 | 05/11/2015 | Exhibits 16 |
| 54. | 00345 | 05/11/2015 | Exhibits 18 |
| 55. | 00346 | 05/11/2015 | Exhibits 17 |
| 56. | 00347 | 05/11/2015 | Exhibits 19 |
| 57. | 00348 | 05/11/2015 | Exhibits 21 |
| 58. | 00349 | 05/11/2015 | Exhibits 22 |
| 59. | 00350 | 05/11/2015 | Exhibits 20 |
| 60. | 00356 | 05/15/2015 | Amended Petition for Enforcement of Child Custody Determination (NINTH) |
| 61. | 00357 | 05/18/2015 | Reply to Response in Opposition to Motions for Summary Judgment and Objections to Evidence in Support Thereof |
| 62. | 00361 | 05/19/2015 | Motion for Leave to Supplemental Response in Opposition to Motions for Summary Judgment and Objections to Evidence in Support Thereof |
| 63. | 00362 | 05/20/2015 | Reply to Plaintiff's Response to his Motion for Summary Judgment |
| 64. | 00372 | 05/22/2015 | Amended Answer of and Cross Action of James E Monnig (FOURTH) |
| 65. | 000375 | 05/29/2015 | Motion for Leave to Supplement Her Response to Defendants' Motions for Summary Judgment, Motion to reconsider Objection to Affidavit of Arturo Ochoa, Motion to Extend time to Respond to Defendants' Motions For Summary Judgment, and Motion For Additional Time for Oral Argument |

| 66. | 00381 | 06/19/2015 | Judges Docket Notes |
|---|---|---|---|
| 67. | 00388 | 07/06/2015 | Supplemental Response in Opposition to Motions for Summary Judgment |
| 68. | 00398 | 07/29/2015 | Motion to Reconsider or in The Alternative to Modify Order Granting Defendants Motion For No Evidence and Traditional Summary Judgment |
| 69. | 00400 | 08/10/2015 | Response to Plaintiffs Motion to Reconsider or in the Alternative to Modify Order Granting Defendants Motion for No-Evidence and Traditional Summary Judgment |
| 70. | 00401 | 08/12/2015 | Reply to Defendant Jem's Response to Plaintiff's Motion to Reconsider/Modify Order Granting Def's Motion for Summary Judgment, Objections to Defendants Attempts to Reopen the Record and Motion for Sanctions |
| 71. | 00405 | 09/16/2015 | Motion for New Trial |
| 72. | 00409 | 09/24/2015 | Motion to Recuse Judge C. Stryker |
| 73. | 00412 | 10/27/2015 | Brief in Support of Motion for Recuse |
| 74. | 00414 | 10/27/2015 | Judges Docket Notes |
| 75. | 00415 | 10/28/2015 | Notice of Appeal |

## *ORDER INFORMATION*

| 76. | 00016 | 05/12/2014 | Order for Enforcement of Child Custody Determination Pursuant to The Hague Convention and the International Child Abduction Remedies Act. |
|---|---|---|---|
| 77. | 00017 | 05/30/2014 | Order Confirming Registration of Child Custody Determination |
| 78. | 00020 | 01/15/2015 | Order Granting In part Motion to Overrule Dfndt's James E Monnig's Objections to Deposition Questions & Brief in Support |

| 79. | 00023 | 04/21/2015 | Order Granting M/F Protective Order Regarding A Notice For Deposition |
| 80. | 00027 | 07/24/2015 | Order Granting Defendt's M/F No-Evidence & Traditional Summary Judgment |
| 81. | 00028 | 07/24/2015 | Order Granting Defendt's M/F No-Evidence & Traditional Summary Judgment |
| 82. | 00029 | 07/24/2015 | Order on Plantf's M/F Leave to Supplement Response To Defendt's M/F Summary Judgment M/T Resonsider Objection to the Affidavit of Arturo Ochoa M/T Extend Time to Respond to Defndt's M/F Summary Judgment & M/F Additional Time for Oral Argument |
| 83. | 00030 | 07/24/2015 | Order on Plntif's Objections to the Affidavit of Arturo Ochoa |
| 84. | 00031 | 08/14/2015 | Take Nothing Judgment on & Severance of All Claims Against Defent's James E Monnig 2009CI17605 TO 2015CI13493 |
| 85. | 00032 | 08/17/2015 | Order Denying Plntf's M/T Reconsider Or in the Alternative to modify Order Granting Defndt's M/F No- Evidence & Traditional Summary Judgment |
| 86. | 00033 | 08/17/2015 | Order on Defndt's Monnig's Objectives to Plantif's Summary Judgment Evidence |
| 87. | 00035 | 10/27/2015 | Order Denying Pltf's Oral M/T Disqualify Judge Cathleen Stryker |
| 88. | 00036 | 10/27/2015 | Order Denying Pltf's First Amended Motion to Recuse Judge Cathleen Stryker |
| 89. | ALL | ALL JUDGES FINDINGS | |
| 90. | ALL | JUDGES NOTES FROM 05/12/2014 | |

| 91. | P00001 | 08/17/2015 | Order of Severance 2009CI17605 To 2015CI13493 |
|---|---|---|---|
| 92. | P00002 | 08/17/2015 | Case Closed Final Jud After Non Jury Trial |
| 93. | P00003 | 09/16/2015 | Motion for New Trial |
| 94. | P00007 | 09/17/2015 | Motion To Recuse judge Cathleen Stryker |
| 95. | P00008 | 10/20/2015 | First Amended Motion to Recuse Judge C. Stryker |
| 96. | P00009 | 10/26/2015 | Plea To The Jurisdiction and Response in Opposition To "Motion to Recuse Judge Cathleen Stryker" |
| 97. | P00010 | 10/27/2015 | Brief In Support Of Motion to Recuse |
| 98. | P00012 | 10/27/2015 | Judges Docket Notes |
| 99. | P00013 | 10/28/2015 | Notice Of Appeal |

## *ORDER INFORMATION*

| 100. | O00001 | 08/17/2015 | Take Nothing Judgment On & Severance Of All Claims Against Defndt's James E Monnig Judge: Cathleen M Stryker Vol: 4413 Page:3109 Page Count:2 |
|---|---|---|---|
| 101. | O00003 | 10/27/2015 | Order Denying Pltf's M/T Disqualify Judge Cathleen Stryker Judge: Dick Alcala Visiting Judge |
| 102. | O00004 | 10/27/2015 | Order Denying Pltf's First Amended M/T Recuse Judge Cathleen Stryker Judge: Dick Alcala Visiting Judge Vol: 445 4 Page: 2364 Count: 1 |

If you will please send me an estimate for how much it will cost to prepare and file this Clerk's record with the Fourth Court of Appeals, I will be happy to send you a check.

Please do not hesitate to contact me if you have any questions.

Sincerely,

Steve Cichowski

Cc:     Miguel Ortiz
        Miguel@ortizlawyers.com
        Tim T. Griesenbeck, Jr.
        tgriesenbeck@pg-law.com
        Ruth G. Malinas
        rmalinas@pg-law.com
        Jean Philippe Lacombe
        ilovepainka@hotmail.com
        John A. Mead
        John@johnmeadlaw.com